IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00417-EWN-MJW

KEITH C. BROOKS, JR.,

    Plaintiff,
v.

RON JOHNSON, Physician's Assistant,
JUDY FENDER, Administrator,
CORRECTIONAL HEALTHCARE MANAGEMENT, and
EL PASO COUNTY SHERIFF, Terry Maketa,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 24, 2007

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00417-EWN-MJW

Keith C. Brooks, Jr.
Prisoner No. A00192140
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Ron Johnson, Judy Fender,
Correctional Healthcare Management,
and El Paso County Sheriff Terry Maketa

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The US Marshal Service for service of process on Ron Johnson, Judy Fender, Correctional Healthcare Management, and El Paso County Sheriff Terry Maketa: COMPLAINT FILED 3/1/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/24/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk