IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00417-EWN-MJW

KEITH C. BROOKS, JR.,

Plaintiff,

v.

RON JOHNSON, et al.,

Defendants.

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Amend Prisoner Complaint (docket no. 38) is DENIED WITHOUT PREJUDICE.  The Pro Se Incarcerated Plaintiff has failed to file his proposed Amended Complaint in connection with this motion.

Date:  June 18, 2007